# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3908

_____

United States of America

*Plaintiff - Appellee*

v.

Danny K. Jarrett, also known as Dough-Boy

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: May 7, 2013
Filed: May 10, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Danny Jarrett appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2)
sentence-reduction motion based on Amendment 750 to the United States Sentencing

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the
Western District of Missouri.

Guidelines. We conclude that the denial was proper, because the amendment did not lower Jarrett's applicable Guidelines range. See United States v. Washington, 618 F.3d 869, 872 (8th Cir. 2010) (sentence reduction under § 3582(c)(2) is not authorized where amendment does not have effect of lowering defendant's applicable Guidelines range). Accordingly, we affirm. We also grant counsel's motion to withdraw, subject to counsel informing Jarrett about procedures for seeking rehearing or filing a petition for certiorari.

_____